UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

KENNETH T. ROBERTO,

       Petitioner,

v.                                 CASE NO. 10-13631
                                 HONORABLE DENISE PAGE HOOD

PEOPLE OF THE
STATE OF MICHIGAN,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is summarily **DISMISSED** for failure to state a cognizable claim. Judgment is entered in favor of Respondent and against Petitioner.

                                              S/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated: September 24, 2010

     I hereby certify that a copy of the foregoing document was served upon Kenneth Roberto, Reg. No. 707229, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048 on September 24, 2010, by electronic and/or ordinary mail.

                                              S/William F. Lewis
                                              Case Manager